JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| RICHARD HARBUS,<br><br>         Plaintiff,<br><br>     v.<br><br>HOLLYWOOD UNLOCKED, INC.,<br><br>         Defendants. | Case No. 2:21-cv-07373-VAP-RAOx<br><br>**ORDER OF DISMISSAL** |

   The Court having been advised by counsel for the parties that the above-entitled action has settled,

   IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

   THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: March 9, 2022

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge